UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  0:19-CV-61898-RKA

DEENA PORRAS, KENNETH MCKENZIE, and DEBORAH LITZ, individually and on behalf of all those similarly situated,

    Plaintiffs,

v.

ENHANCED RECOVERY COMPANY, LLC, d/b/a ERC,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL OF *COUNT III* WITH PREJUDICE

Plaintiffs DEENA PORRAS, KENNETH MCKENZIE, and DEBORAH LITZ (collectively, the "Plaintiffs"), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby file this Notice Voluntary Dismissal *with* Prejudice of *Count III* of Plaintiffs' First Amended Complaint [D.E. 10] ("FAC"). *See* D.E. 10 at 13, ¶¶ 71-75.

DATED: October 22, 2019

    Respectfully Submitted,

    /s/ Jibrael S. Hindi
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:   jibrael@jibraellaw.com
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:   tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:     954-907-1136
Fax:         855-529-9540

*COUNSEL FOR PLAINTIFF*

PAGE | **1** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 22, 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

>Respectfully Submitted,
>
> /s/ Thomas J. Patti                              .
>**THOMAS J. PATTI, ESQ.**
>Florida Bar No.: 118377

PAGE | **2** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com